◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK J. GARCIA-COLLADO, Appellant. [54 NYS3d 322]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Braslow, J.), rendered February 16, 2016, convicting him of driving while intoxicated in violation of Vehicle and Traffic Law § 1192 (2) and (3), and failing to stay in a designated lane, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the County Court violated its sentencing promise by adding a component to the sentence that was not part of the plea agreement. The defendant, however, did not object to the added component of the sentence when the sentence was imposed, and thus, his claim is not preserved for appellate review (*see People v Sirabella*, 148 AD3d 1186, 1186 [2017]; *People v Thompson*, 105 AD3d 1067, 1067 [2013]; *People v Marinaro*, 45 AD3d 867, 868 [2007]). Under the particular circumstances of this case, we decline to exercise our interest of justice jurisdiction to review the unpreserved claim. Balkin, J.P., Cohen, Hinds-Radix and Maltese, JJ., concur.